# BERANBAUM MENKEN BEN-ASHER & BIERMAN LLP

80 PINE STREET, 32ND FLOOR

NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616

FACSIMILE: (212) 509-8088

WWW.BMBBLAW.COM

December 15, 2008

BY ECF

Hon. Allyne R. Ross
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

RE: Francis et. al. v. Omega Shipping Co., Inc. et.al.
  07 CIV 2640(ARR)(JO)

Dear Judge Ross:

We are the attorneys for the plaintiffs and the putative class members in this action to recover overtime and other compensation allegedly not paid by defendants as required under the New York Labor Law. In accordance with your Honor's Individual Motion Practices and per the instructions of Chambers, our office conferred with opposing counsel for a briefing schedule on the motion for class certification and other relief that was served today.

The proposed schedule is as follows:

Defendants' Opposition papers due: January 16, ~~2008~~ 2009
Plaintiffs' Reply due:           January 30, ~~2008~~ 2009

The parties also request that the Court approve the proposed schedule and set a date for oral argument.

Thank you for your consideration

Respectfully,

Mark H. Bierman

cc: Hon. James Orenstein

*Briefing Schedule Approved. The court will address the request for oral argument after papers have been submitted.*

s/ ARR

Allyne R. Ross
USDJ